UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIAELENA REYES,

Plaintiff,

v.

NEW JERSEY TRANSIT RAIL OPERATIONS, INC.,

Defendant.

26-CV-6881 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 17, 2026, Plaintiff filed an affidavit of service stating that Defendant New Jersey Transit Rail Operations, Inc. was served on August 24, 2026. Defendant's answer was due on September 14, 2026. To date, Defendant has not appeared, answered, or otherwise responded to the Complaint. Defendant shall do so or seek an extension by October 23, 2026. If Defendant fails to do so, and Plaintiff intends to move for default judgment, she shall do so by November 6, 2026.

Plaintiff shall serve a copy of this Order on Defendant by October 9, 2026 and promptly file proof of such service on the docket.

SO ORDERED.

Dated: October 1, 2026
New York, New York

Ronnie Abrams
United States District Judge